## J. C. TIPS V. THE STATE.

No. 20664. Delivered October 25, 1939.
Rehearing Denied (Without Written Opinion) December 20, 1939.

The opinion states the case.

*William H. Scott,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, Judge.

The conviction is for an assault. The punishment assessed is confinement in the county jail for a period of sixty days.

The record is before us without a statement of facts or bills of exceptions. The information is in due form and procedural matters appear to be in due order.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.